# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-00126-KDB-DSC

| | |
|---|---|
| PEERLESS INSURANCE COMPANY et. al., | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LAW OFFICES OF JASON E. TAYLOR P.C. et. al., | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motions for Admission *Pro Hac Vice* and Affidavit[s] [for Matthew O. Sitzer and Benjamin E. Sedrish]" (documents ##9-10) filed November 27, 2019. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Kenneth D. Bell.</u>

**SO ORDERED**.

Signed: November 29, 2019

David S. Cayer
United States Magistrate Judge