# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK FARBMAN and MARK ) <br> FARBMAN PA ) <br> ) <br> Defendants. ) | Civil Action No. 3:19-cv-00486-RJC-DSC |
| PEERLESS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAW OFFICES OF JASON E. TAYLOR PC, ) <br> and JASON E. TAYLOR, ) <br> ) <br> Defendants. ) | Civil Action No. 5:19-cv-00126-KDB-DSC (Lead Case) |

## ORDER GRANTING STAY OF FURTHER PROCEEDINGS

THIS MATTER comes before the Court on the parties' Joint Motion to Stay further Proceedings. (Doc. No. 16). For good cause shown, this Motion will be GRANTED, and further proceedings in these consolidated cases will be stayed until resolution of an appeal currently pending in the United States Court of Appeals for the Fourth Circuit, *Hartford Casualty Insurance Co. v. Davis & Gelshenen, LLP*, No. 19-1578.

ITS IS THEREFORE ORDERED that further proceedings in these consolidated cases are stayed until resolution of an appeal currently pending in the United States Court of Appeals for the Fourth Circuit, *Hartford Casualty Insurance Co. v. Davis & Gelshenen, LLP*, No. 19-1578.

The parties are ordered to submit a Joint Status Report twenty-one (21) days following the expiration of the stay.

Kenneth D. Bell
United States District Judge

Signed: February 12, 2020