# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CONSOLIDATED CIVIL ACTION NO. 5:19-CV-00126-KDB-DSC

| | |
|---|---|
| **PEERLESS INSURANCE COMPANY et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **ORDER** ) |
| **LAW OFFICES OF JASON E. TAYLOR P.C. et al.,** | ) ) ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan" (document # 20) filed April 28, 2020. The parties jointly request the Court set a briefing schedule for Plaintiff's Motion for Judgment on the Pleadings and postpone all discovery until the Court's ruling on the Plaintiff's Motion. Therefore, the Court ORDERS the following:

1. Plaintiff's Motion for Judgment on the Pleadings shall be filed on or before May 8, 2020. Any responses to the Motion shall be filed on or before June 5, 2020 and any replies shall be filed on or before June 19, 2020.

2. All discovery and other case management deadlines will be postponed until after the Court's ruling on the Motion.

3. Within fourteen days of the Court's ruling on the Motion, if the case has not been resolved by the Court's order, the parties shall file a supplemental certification of attorneys conference.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: April 29, 2020

David S. Cayer
United States Magistrate Judge